# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2016

## NO. 03-13-00604-CV

**The Austin Bulldog, Appellant**

**v.**

**Lee Leffingwell, Mayor, Chris Riley, Council Member Place 1, Mike Martinez, Mayor Pro Tem, Place 2, Randi Shade, Council Member Place 3, Laura Morrison, Council Member Place 4, Bill Spelman, Council Member Place 5, Sheryl Cole, Council Member Place 6, and the City of Austin, Appellees**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the summary judgment signed by the district court on August 27, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's summary judgment. Therefore, the Court reverses the district court's summary judgment and renders judgment in favor of The Austin Bulldog. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.